UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALE RICKY HERMAN,

    Plaintiff,

v.

                              Case No. 2:25-cv-68

                              Hon. Hala Y. Jarbou

WILLIAM SULLIVAN, et al.,

    Defendants.
_____/

## ORDER

On April 28, 2025, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 11). The R&R was duly served on Plaintiff; Defendants have not been served. No objections have been filed, and the deadline for doing so expired on May 12, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 3) is **DENIED AS MOOT**.

2

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.


Date:  June 23, 2025 /s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF U.S. DISTRICT JUDGE